910

No. 73–1243.  BRIN ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir.  Certiorari denied.

No. 73–1251.  FELTON, WARDEN *v.* SAIKEN.  C. A. 7th Cir.  Certiorari denied.

No. 73–1258.  TANNER ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–1266.  KENNEBEC LOG DRIVING CO. ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–1298.  CHERRY ET AL. *v.* SMITH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 73–1304.  DENTE *v.* INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS, LOCAL 90.  C. A. 9th Cir.  Certiorari denied.

No. 73–1326.  ELGIN, JOLIET & EASTERN RAILWAY CO. *v.* FERAK, SPECIAL ADMINISTRATOR.  Sup. Ct. Ill.  Certiorari denied.

No. 73–1355.  KUNTZWEILER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–1361.  BALDRIDGE ET AL. *v.* HADLEY ET AL. C. A. 10th Cir.  Certiorari denied.

No. 73–1365.  PALO ALTO TENANTS' UNION ET AL. *v.* PALO ALTO CITY MANAGER ET AL.  C. A. 9th Cir.  Certiorari denied.